No. 76–6146. WANDER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 76–6149. IN RE CURLEY. Super. Ct. Pa. Certiorari denied.

No. 76–6153. BROWN v. LIBERTY LOAN CORPORATION OF DUVAL ET AL. C. A. 5th Cir. Certiorari denied. ■

No. 76–6155. BLOETH v. HENDERSON, CORRECTIONAL SUPERINTENDENT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. 

No. 76–6156. WALKER v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 76–6159. NORWOOD v. WISCONSIN. Sup. Ct. Wis. Certiorari denied. 

No. 76–6160. MAXWELL v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–6161. ZATKO v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 76–6217. LAND v. BORDENKIRCHER, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied. ■

No. 76–6237. HILL ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 76–6244. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 76–6245. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.